AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| DEAN E. TAYLOR-REID<br><br>*Plaintiff(s)*<br>v.<br><br>SOUTHERN MEDICAL SUITES INC., *et al.*<br><br>*Defendant(s)* | Civil Action No. 25-cv-7976 |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

*Please see attached Rider.*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Goodley McCarthy LLC
> c/o James E. Goodley
> 1650 Market Street, Suite 3600
> Philadelphia, PA 19103

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 9/26/2025

s/ G. Pisarczyk

*Signature of Clerk or Deputy Clerk*

*Tammi M. Hellwig*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 25-cv-7976

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

## **Defendants to be Served**:

**Southern Medical Suites Inc.**
953 Southern Blvd
First Floor
Bronx, NY 10459

**Echenique Medical Office P.C.**
142-04 Bayside Ave
Flushing, NY 11354

**Evelio Echenique, MD P.C.**
28-49 37th Street
Astoria, NY 11103

**Dr. Evelio Echenique, MD**
142-04 Bayside Ave
Flushing, NY 11354

**Evgeniy "Eugene" Fishman**
953 Southern Blvd
First Floor
Bronx, NY 10459

**SOMOS Healthcare Providers Inc.**
2910 Exterior Street
Bronx, NY 10463

**SOMOS Innovation LLC**
2910 Exterior Street
Bronx, NY 10463

**SOMOS Accountable Care Organization LLC**
2910 Exterior Street
Bronx, NY 10463

**SOMOS Bronx Care Inc.**
2910 Exterior Street
Bronx, NY 10463

**SOMOS Enterprises LLC**
2910 Exterior Street
Bronx, NY 10463

**SOMOS Healthcare Services LLC**
2910 Exterior Street
Bronx, NY 10463

**SOMOS Medical I LLC**
2910 Exterior Street
Bronx, NY 10463

**SOMOS Medical P.C.**
2910 Exterior Street
First Floor
Bronx, NY 10463

**SOMOS NY Care Inc.**
2910 Exterior Street
Bronx, NY 10463

**SOMOS Queens Care Inc.**
2910 Exterior Street
Bronx, NY 10463

**SOMOS US LLC**
2910 Exterior Street
Bronx, NY 10463

**SOMOS Your Health IPA Inc.**
2910 Exterior Street
First Floor
Bronx, NY 10463

**SOMOS Your Health LLC**
2910 Exterior Street
Bronx, NY 10463