**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
DEAN E. TAYLOR-REID,

          Plaintiff,

          -against-

SOUTHERN MEDICAL SUITES, INC., et al.,

          Defendants.

------------------------------------------------------------x

25-cv-7976 (JAV) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The Court held a Preliminary Settlement Conference call on November 18, 2025 with counsel for the Plaintiff Mr. James Goodley and counsel for SOMOS Healthcare Providers Inc., SOMOS Innovation LLC, SOMOS Accountable Care Organization LLC, SOMOS Bronx Care Inc., SOMOS Enterprises LLC, SOMOS Healthcare Services LLC, SOMOS Medical I LLC, SOMOS Medical P.C., SOMOS NY Care Inc., SOMOS Queens Care Inc., SOMOS US LLC, SOMOS Your Health IPA Inc., SOMOS Your Health LLC (the "SOMOS Defendants"), Mr. Radomisli. Defendants Evelio Echenique, Evgeniy (Eugene) Fishman, Echenique Medical Office P.C., and Southern Medical Suites Inc. failed to appear at the November 18 conference.

The SOMOS Defendants are directed to provide the information responsive to the settlement conversation to Plaintiff via email by **Friday, November 21, 2025**.

The Court will hold another Preliminary Settlement Conference call on **Monday, December 8, 2025 at 3:00 PM.** Please call Chambers at 212-805-0260 when all counsel are on the line.

Plaintiff is direct to serve a copy of this order on <u>all</u> Defendants and file proof of service

on the docket by **November 21, 2025.**

     **SO ORDERED.**


                                     _s/ Ona T. Wang_

Dated: November 18, 2025                               **Ona T. Wang**
     New York, New York                  United States Magistrate Judge