UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X
                                                                    :
DEAN E. TAYLOR-REID,                                                :
                                                                    :
                                Plaintiff                           :        25-CV-07976 (JAV)
                                                                    :
              -v-                                                   :              ORDER
                                                                    :
SOUTHERN MEDICAL SUITES INC., et al.,                               :
                                                                    :
                                Defendants.                         :
--------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

        On January 30, 2026, Defendants SOMOS Healthcare Providers Inc., SOMOS Innovation
LLC; SOMOS Accountable Care Organization LLC; SOMOS Bronx Care Inc.; SOMOS
Enterprises LLC; SOMOS Medical I LLC; SOMOS NY Care Inc.; SOMOS Queens Care Inc.;
SOMOS Us LLC; SOMOS Your Health IPA Inc.; and SOMOS Your Health LLC filed a motion to
dismiss the complaint under Rule 12(b) of the Federal Rules of Civil Procedure.  ECF No. 37.  On
the same day, Defendants SOMOS Medical P.C. and SOMOS Healthcare Services LLC, filed a
motion to dismiss the complaint under Rule 12(b) of the Federal Rules of Civil Procedure.  ECF No.
40.  Under Rule 15(a)(1)(B), a plaintiff has twenty-one (21) days after the service of a motion under
Rule 12(b) to amend the complaint once as a matter of course.

        Accordingly, it is hereby ORDERED that, pursuant to Rule 5.I of this Court's Individual
Rules and Practices in Civil Cases, by **February 11, 2026**, the non-moving party must notify the
Court whether it intends to file an amended pleading or rely on the pleading being attacked.

        If Plaintiff elects to amend the complaint, Plaintiff shall file any amended complaint by
**February 20, 2026**.  Pursuant to Local Civil Rule 15.1, available at
https://www.nysd.uscourts.gov/rules, any amended complaint should be filed with a redline
showing all differences between the original and revised filings.  Plaintiff is on notice that there will
likely not be any further opportunity to amend the complaint to address issues raised by the motion
to dismiss.

        If Plaintiff does amend, by three (3) weeks after the amended complaint is filed, Defendants
shall: (1) file an answer; (2) file a new motion to dismiss; or (3) file a letter on ECF stating that they
rely on their previously filed motion to dismiss.  If Defendants file an answer or a new motion to
dismiss, the Court will deny the previously filed motions to dismiss as moot.  If Defendants file a
new motion to dismiss or indicate that they rely on their previously filed motion to dismiss, any
opposition shall be filed within fourteen days, and any replies shall be filed within seven days of
any opposition.

If Plaintiff elects not to amend the pleadings, Plaintiff shall file any opposition to the motion to dismiss by **February 20, 2026**.  Defendants' replies, if any, shall be filed by **February 27, 2026**.

SO ORDERED.

Dated: February 4, 2026
      New York, New York                          JEANNETTE A. VARGAS
                                           United States District Judge

2