UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                           :

DEAN E. TAYLOR-REID,                 :

                                 :

               Plaintiff,        :

                                 :          25-CV-07976 (JAV)

      -v-                   :

                                 :            ORDER

SOUTHERN MEDICAL SUITES INC, et al.,   :

                                 :

             Defendants.     :
-------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

      For the reasons stated on the record during the conference held earlier today, Defendants'

Motion to Stay Discovery, ECF No. 47, is **DENIED**.  The Clerk of the Court is directed to

terminate ECF No. 47.  The parties are directed to file a revised Case Management Plan by

February 19, 2026.

      SO ORDERED.

Dated: February 19, 2026
      New York, New York                         _____
                                          JEANNETTE A. VARGAS
                                          United States District Judge