UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                          :
DEAN E. TAYLOR-REID,                                      :
                                                          :
                              Plaintiff,                  :           25-CV-07976 (JAV)
                                                          :
          -v-                                             :           ORDER
                                                          :
Southern Medical Suites Inc., et al.,                     :
                                                          :
                              Defendant.                  :
-----------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

      Plaintiff's request for permission to redact certain proprietary and commercially-sensitive information in its First Amended Complaint, ECF No. 59 ("FAC") is **GRANTED**.

      Plaintiff has made a sufficient showing that the information she seeks to seal, concerning the terms of purchase agreements between Echenique Medical Office P.C. and the SOMOS Defendants, qualifies as "confidential business information" that is material to Defendants' competitive position in the market and could potentially inflict "significant competitive disadvantage" on Defendants through disclosure. *Standard Inv. Chartered, Inc. v. Fin. Indus. Regul. Auth., Ind.*, 347 F. App'x 615, 617 (2d Cir. 2009) (internal quotation marks omitted).  The Court therefore finds that, in this instance, the "interest in protecting confidential business information outweighs the qualified First Amendment presumption of public access." *Id.* (internal citations and quotation marks omitted).

      The Clerk of Court is directed to terminate ECF No. 56.

      SO ORDERED.

Dated: March 9, 2026          _____
      New York, New York                    JEANNETTE A. VARGAS
                           United States District Judge